**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Cornelius A. SUTTON,**
**Defendant/Appellant.**

**No. ED 92297.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 26, 2010.

Terrence M. Messonnier, Assistant Attorney General, Jefferson City, MO, for respondent.

Margaret M. Johnston, Woodrail Centre, Columbia, MO, for appellant.

Before KATHIANNE KNAUP CRANE, P.J., CLIFFORD H. AHRENS, J., and NANNETTE A. BAKER, J.

## ORDER

PER CURIAM.

Defendant, Cornelius A. Sutton, appeals from the judgment entered on a jury verdict finding him guilty of involuntary manslaughter, in violation of section 565.024 RSMo (2000); robbery in the first degree, in violation of section 569.020 RSMo (2000); and burglary in the first degree, in violation of section 569.160 RSMo (2000). The trial court found defendant to be a prior and persistent offender and sentenced him to fifteen years imprisonment on the involuntary manslaughter count; life imprisonment on the robbery count; and thirty years imprisonment on the burglary count, to be served consecutively.

No error of law appears and no jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).